LAW OFFICES
# RICE MURTHA PSORAS LLC

| | | |
|---|---|---|
| G. RANDOLPH RICE<br>JOSEPH MURTHA<br>GEORGE PSORAS, JR.<br>GREGORY J. PSORAS<br>ERIC S. LICKSTEIN<br>JEFFREY M. SOLOF<br>AUSTIN E. COHEN | 1301 YORK ROAD, SUITE 200<br>LUTHERVILLE, MARYLAND 21093<br>(410) 583-6969<br>FAX (410) 583-4706 | jmurtha@ricelawmd.com |

May 9, 2024

**FILED VIA CM/ECF**
The Honorable Deborah L. Boardman
United States District Judge
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States of America v. Jason Edmonds
              <u>Criminal No. DLB-22-00045</u>

Dear Judge Boardman:

    Pursuant to the Court's April 22, 2024 Order, the parties are to advise the Court by May 10, 2024, if the above-captioned matter is proceeding to trial on July 1, 2024.

    As the Court is aware, Mr. Edmonds is currently residing in Ohio. Mr. Edmonds traveled to Maryland to appear in a family law matter scheduled on May 9, 2024. Undersigned counsel has met with Mr. Edmonds on May 8, 2024, and would like to meet with Mr. Edmonds several times before he returns to Ohio. As such, undersigned counsel is requesting that he be permitted to advise the Court no later than Monday, May 13, 2024, if the case will proceed to trial on the scheduled trial date. Undersigned counsel has advised the government of this request and Mr. Cunningham and Mr. Mostoufi have indicated that the government does not oppose this request.

    Thank you for your consideration of this request.

                                    Sincerely,
                                    -s-
                                    Joseph Martha

cc:    Michael Cunningham, AUSA (by electronic mail)
          Bijon Mostoufi, AUSA (by electronic mail
JM7903(rev.)