LAW OFFICES
# RICE MURTHA PSORAS LLC

| | | |
|---|---|---|
| G. RANDOLPH RICE<br>JOSEPH MURTHA<br>GEORGE PSORAS, JR.<br>GREGORY J. PSORAS<br>ERIC S. LICKSTEIN<br>JEFFREY M. SOLOF<br>AUSTIN E. COHEN | 1301 YORK ROAD, SUITE 200<br>LUTHERVILLE, MARYLAND  21093<br>(410) 583-6969<br>FAX (410) 583-4706 | jmurtha@ricelawmd.com |

May 13, 2024

**CM/ECF FILING**
The Honorable Deborah L. Boardman
United States District Judge
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States of America v. Jason Edmonds
              <u>Criminal No. DLB-22-00045</u>

Dear Judge Boardman:

    I have advised the government that I would be sending this letter to the Court, and despite the informal nature of this letter, I request that the Court consider this as a defendant's report as to the status of the above-captioned matter. Thank you for allowing the additional time for me to meet with Mr. Edmonds. .

    Mr. Edmonds has advised me that he is electing to proceed to trial. As such, please accept this letter as reporting the status of this case, and the decision that has been made by Mr. Edmonds.

    Thank you for your consideration of this information. .

                                      Sincerely,
                                      -s-
                                      Joseph Martha

cc:    Michael Cunningham, AUSA (by electronic mail)
        Bijon Mostoufi, AUSA (by electronic mail)